EMANUEL HALPERN, Appellant, *v.* LANGROCK BROS. COMPANY, Respondent.

*Halpern* v. *Langrock Bros. Co.*, 180 App. Div. 928, affirmed.
(Submitted January 23, 1920; decided February 24, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 2, 1918, affirming a judgment in favor of defendant entered upon a verdict directed by the court in an action to recover for breach of an alleged contract of employment whereby defendant agreed to employ plaintiff as engraver and die sinker for the term of three and one-half years, commencing August 29, 1912, at the wages of fifteen dollars per week for the first six months, sixteen dollars per week for the second six months, seventeen dollars per week for the third six months, eighteen dollars per week for the fourth six months, nineteen dollars per week for the fifth six months and twenty-one dollars per week for the seventh six months of such period of employment, and whereby defendant promised and agreed to pay plaintiff, and whereby plaintiff was to receive, at the

end of three years, an additional sum of two dollars for each week of said three years, if he remained in defendant's employ for that period. The complaint alleged that plaintiff accepted said promise and agreement and was ready, willing and able and offered to enter upon and render the services, and tendered the same, but defendant refused to avail itself of such services, discharged plaintiff and refused to allow him to enter upon the employment. The amended answer was practically a general denial.

*Jacob Manheim* and *Louis Pleshet* for appellant.

*M. Carl Levine* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ELKUS, JJ